UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHERINE ELIZARRAZ, ) | |
| ) | |
| Plaintiff, ) | Case No. CV09-05616 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

November 16, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge